✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __New Jersey__

Wilmington Trust, N.A.
              Plaintiff (s),
V.
24 Commerce Street, LLC
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-cv-05498

Notice is hereby given that, subject to approval by the court, __24 Commerce Street, LLC__ substitutes
                                                                          (Party (s) Name)

__Eric J. Warner, Esq.__, State Bar No. __036512006__ as counsel of record in
(Name of New Attorney)

place of __Javier M. López, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Eric J. Warner, Esq
    Address: 24 Commerce Street, 12th Floor, Newark, NJ 07102
    Telephone: (201) 403-5937     Facsimile (877) 360-0508
    E-Mail (Optional): eric@ejwlawfirm.com

I consent to the above substitution.
Date: 1/19/2023

I consent to being substituted.
Date: 1/19/2023

I consent to the above substitution.
Date: 1/19/2023

Jacob Tauber for Defendant
(Signature of Party (s))

/s/ Javier M. Lopez, Esq.
(Signature of Former Attorney (s))

(Signature of New Attorney)
/s/ Eric J. Warner, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print     Save As...     Export as FDF     Retrieve FDF File     Reset