**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |
|---|---|

May 31, 2023

**LETTER ORDER**

Re:   **Wilmington Trust, National Association v. 24 Commerce Street LLC et al.**
      **Civil Action No. 21-5498 (JMV)**

Dear Counsel:

The telephone status conference scheduled with the parties on **June 6, 2023 at 11:30 A.M.** is adjourned without a new date.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**